# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Jessica Barraza, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12138-DRH |
| *Lenda Bazemore, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10511-DRH |
| *Jodi Fleming, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10800-DRH |
| *Jennifer A. Fry v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 09-cv-20068-DRH |
| *Reena Gonzales v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10108-DRH |
| *Jennifer Hice v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10798-DRH |
| *Elizabeth Lanzafame, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11141-DRH |
| *Brooke Mathews-Reding, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11753-DRH |
| *Stephanie M. Messman, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11324-DRH |
| *Melinda Nevels v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12066-DRH |
| *Rebecca Postlewait, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10949-DRH |

| | |
|---|---|
| *Sondra Verser, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-20016-DRH |
| *Wanda D. Ware, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11322-DRH |
| *Jennifer Lynn Weaver v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10309-DRH |
| *Anna Yount, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13146-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on December 11, 2013, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:     /s/*Sara Jennings*
          **Deputy Clerk**

Dated: December 16, 2013

Digitally signed by David R. Herndon
Date: 2013.12.16 11:28:44 -06'00'

APPROVED:
          CHIEF JUDGE
          U. S. DISTRICT COURT

2